**Order entered December 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00950-CR

### THOMAS J. ELLIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA13-70570-C**

## ORDER

Appellant's December 21, 2015 second motion to extend the time for filing appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **January 24, 2016**.

/s/    LANA MYERS
       JUSTICE